OTTO YOUNG, an Infant, by MATHILDE YOUNG, his Guardian ad Litem, Appellant, *v.* EUGENE DIETZGEN COMPANY, Respondent, Impleaded with Another.

*Young* v. *Eugene Dietzgen Co.*, 72 App. Div. 618, affirmed.
(Argued October 27, 1903; decided November 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 7, 1902, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*John J. Schwartz* and *David Burr Luckey* for appellant.

*W. W. MacFarland* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, CULLEN and WERNER, JJ.